IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-BNB

MR. BRIAN L. BROWN,

       Plaintiff,

v.

MICHAEL K. NALLEY, Regional Director,
R. WILEY, (former) Warden FLP,
E. J. GALLEGOS, Warden USP LVN,
DR. C. POLLAND, Supervisor US Health Srv.,
DR. E. HUTCHINSON, US Health Serv, Psychology,
DR. M. K. LEWIS, US Health Psychology,
DR. JOE ZONO, US Health Serv, Psychology,
LT. (FNU) FITSGERALD, Special Investigator,
LT. (FNU) MOLINA, SHU Supervisor,
MS. (FNU) BORGES, Bravo A Counselor (former),
MICHAEL GRAY, Alpha One Case Manager, USP LVN,
SO. ERNIE ROMERO, SHU Property Officer,
MR. (FNU) FREEMAN, Education Staff, and
MR. (FNU) ALLEN, US Health Serv. EMT,
MR. SAM LACY, USP Leavenworth, and
MS. SANTOS-COLLI, PA, US Health Services,

       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Correct Deficiency and Complaint" filed on February 15, 2006, asking to amend the caption of the complaint, is GRANTED.

Dated: February 17, 2006

Copies of this Minute Order were mailed on February 17, 2006, to the following:

Brian L. Brown
Reg. No. 05937-010
USP – Florence
PO Box 7000
Florence, CO 81226

                                                    Secretary/Deputy Clerk