IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY; et al.,
    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Permission to, Add to Complaint Currently Before the Court, which was filed on March 10, 2006 (Docket No. 13), is denied without prejudice.  Plaintiff has failed to tender a proposed amended or supplemented complaint which contains all of his current claims, defendants, and relief and all of the claims, defendants, and relief he seeks to add.

Date:  March 14, 2006