IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

       Plaintiff,

v.

MICHAEL K. NALLEY, Regional Director,
R. WILEY, (former) Warden FLP,
E. J. GALLEGOS, Warden USP LVN,
DR. C. POLLAND, Supervisor US Health Srv.,
DR. E. HUTCHINSON, US Health Serv, Psychology,
DR. M. K. LEWIS, US Health Psychology,
DR. JOE ZONO, US Health Serv, Psychology,
LT. (FNU) FITSGERALD, Special Investigator,
LT. (FNU) MOLINA, SHU Supervisor,
MS. (FNU) BORGES, Bravo A Counselor (former),
MICHAEL GRAY, Alpha One Case Manager, USP LVN,
SO. ERNIE ROMERO, SHU Property Officer,
MR. (FNU) FREEMAN, Education Staff, and
MR. (FNU) ALLEN, US Health Serv. EMT,
MR. SAM LACY, USP Leavenworth, and
MS. SANTOS-COLLI, PA, US Health Services,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S.

Krieger to be held on **May 31, 2006 at 9:30 a.m.** in the United States District Court for the

District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th

Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than

15 minutes.  Counsel shall *bring their calendars*.

The parties shall be prepared to address whether a hearing should be set on the motion for a preliminary injunction **(#30)** and whether there are unexhausted claims in the Complaint **(#3)**. The Plaintiff may appear at this hearing by telephone.  Due to other matters scheduled before or at the same hearing time, a telephonic hearing may be delayed.  To appear telephonically, the Plaintiff shall make arrangements with his case manager and shall contact Maureen Nelson at **303-335-2185** no later than two court days before the hearing.

Dated this 4th day of May, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge