IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY, Regional Director,
R. WILEY, (former) Warden FLP,
E. J. GALLEGOS, Warden USP LVN,
DR. C. POLLAND, Supervisor US Health Srv.,
DR. E. HUTCHINSON, US Health Serv, Psychology,
DR. M. K. LEWIS, US Health Psychology,
DR. JOE ZONO, US Health Serv, Psychology,
LT. (FNU) FITSGERALD, Special Investigator,
LT. (FNU) MOLINA, SHU Supervisor,
MS. (FNU) BORGES, Bravo A Counselor (former),
MICHAEL GRAY, Alpha One Case Manager, USP LVN,
SO. ERNIE ROMERO, SHU Property Officer,
MR. (FNU) FREEMAN, Education Staff, and
MR. (FNU) ALLEN, US Health Serv. EMT,
MR. SAM LACY, USP Leavenworth, and
MS. SANTOS-COLLI, PA, US Health Services,

    Defendants.

_____

**ORDER RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
AND DEFENDANTS' STIPULATION**
_____

    The Court, having considered Plaintiff's Notice (Docket No. 30), which the Court previously construed as a Motion for a Preliminary Injunction (Doc. No. 32), as well as Defendants' Response (Docket No. 56) and Stipulation (Docket No. 81), and finding good cause therefore, hereby orders that the Motion for Preliminary Injunction is denied as moot.

Dated this 8th day of June 2006.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge