IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY, et al.,

    Defendant(s).

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**MICHAEL J. WATANABE, United States Magistrate Judge**

Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915.  Section 1915(b)(2) requires an indigent inmate plaintiff to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  Plaintiff has been instructed to make such payments.  *See* Order of February 14, 2006 (Docket No. 6).  Furthermore, plaintiff was placed on notice that if he "fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed [in the February 14, 2006, Order] why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice." (Docket No. 6 at 3).

On July 18, 2006, plaintiff was granted an extension of time in which to make the

monthly payment or show cause why he has no assets and no means by which to make the monthly payment for the months of June, July, and August, 2006.  (Docket No. 109).  Despite this extension of time, the plaintiff has failed either to make a monthly payment or to show cause why he has no assets and no means by which to make the monthly payment.  Therefore, plaintiff has failed to comply with the Court's February 14, 2006, and July 18, 2006, Orders.  Accordingly, it is

**RECOMMENDED** that the complaint and the action be dismissed without prejudice for failure to comply with the Court's February 14, 2006, and July 18, 2006 Orders.

**NOTICE:  Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days after being served with a copy of this recommendation to file with the assigned District Judge any specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge as set forth in this document.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file specific written objections to the findings of fact, conclusions of law, or recommendations as set forth in this document will bar the party from *de novo* determination by the District Judge.  *See United States v. Raddatz,* 447 U.S. 667, 676-83 (1980).  Additionally, the failure to file specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document will bar appellate review of the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document.  *See Thomas**

***v. Arn*, 474 U.S. 140 (1985); *Talley v. Hesse*, 91 F.3d 1411 (10th Cir. 1996).**

DATED at Denver, Colorado, this 19th day of September, 2006.

                            BY THE COURT:

                            s/ Michael J. Watanabe
                            Michael J. Watanabe
                            United States Magistrate Judge