IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY, Regional Director,
R. WILEY, (former) Warden USP Florence, CO,
E. J. GALLEGOS, (former) Warden USP Leavenworth, KS,
DR. ERIC HUTCHINSON, US Health Services, Psychology, USP Florence,
DR. M. K. LEWIS, US Health Services, Psychology, USP  Florence,
DR. JOE ZONNO, US Health Services, Psychology, USP Florence,
LT. (FNU) FITSGERALD, Special Investigator, USP Florence,
LT. (FNU) MOLINA, SHU Supervisor,
DR. C. POLLAND, Supervisor USP Florence Medical,
MS. DIANE BORGES, Bravo A Unit Counselor, USP Florence,
MICHAEL GRAY, Alpha One Case Manager, and Counselor for KC Model program, USP Leavenworth,
SENIOR OFFICER ROMERO, SHU Property Officer, USP Florence,
MR. STACY ALLEN, EMT, USP Florence,
LT. SAM LACY, Disciplinary Hearing Officer,

    Defendants.

## ORDER ON MOTIONS

THIS MATTER comes before the Court on two motions: (1) the Plaintiff's motion **(#168)** requesting a hearing, to which the Defendants responded **(#184);** and (2) the Defendants' motion to dismiss **(#189)**, to which the Plaintiff responded **(#198)** and the Defendants replied **(#200).** Having considered the same, the Court

    **FINDS** and **CONCLUDES** that:

    The Plaintiff, Brian Brown, filed his Amended Complaint **(#173)** *pro se*. The Defendants

have moved to dismiss most of the claims asserted in the Amended Complaint.  They argue that the Court lacks personal jurisdiction over four of the Defendants, and that most of the remaining claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

The Plaintiff now has counsel.  Through his counsel, the Plaintiff responded to the motion to dismiss.  The Plaintiff agrees that claims against Defendants Nalley, Gray, Gallegos and Lacy should be dismissed, without prejudice, for lack of personal jurisdiction.  He also contends that he should be allowed, with the benefit of counsel, to file a Second Amended Complaint to address certain deficiencies in the Amended Complaint.

Pursuant to *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), this Court is required to liberally construe the Amended Complaint.  However, there are several ambiguities in the Amended Complaint which both the Plaintiff's and the Defendants' counsel have construed in different ways.[1]  The Court concludes that these ambiguities are best addressed by the filing of a Second Amended Complaint drafted by the Plaintiff's counsel.

Also pending is the Plaintiff's *pro se* motion requesting a hearing.  He asserts that when he was moved from one prison to another during January 2007, some of his property was not timely delivered to him.  He asks that a hearing be held to address this issue.  The Defendants respond that the Plaintiff's motion raises new, unexhausted claims not asserted in his Amended Complaint, and that the Plaintiff seeks to obtain relief from people who are not parties to this action.  The Plaintiff, through counsel, has not replied to any of the Defendants' arguments.

---

[1] For instance, the Amended Complaint includes at least one claim against an individual, Ms. Santos-Collins, who is not listed in the caption as a Defendant.  It also includes Privacy Act claims against individuals, but the Plaintiff, through counsel, states that such claims can only be asserted against the Federal Bureau of Prisons, which is not a named party.

It is not clear whether the motion pertains to any specific claims in the Amended Complaint, or whether it would pertain to any claim asserted in a Second Amended Complaint drafted by counsel. Thus, the Plaintiff has not demonstrated that there is a present need for a hearing on the matter.

**IT IS THEREFORE ORDERED** that:

(1) The Defendants' motion to dismiss **(#189)** is **GRANTED IN PART** and **DENIED IN PART**. Upon the agreement of the parties, all claims against Defendants Nalley, Gray, Gallegos and Lacy are **DISMISSED**, without prejudice The caption shall be amended to delete reference to these four Defendants.

(2) The Plaintiff, through counsel, is directed to file a Second Amended Complaint on or before **August 31, 2007**.

(3) The Plaintiff's motion **(#168)** for a hearing is **DENIED**.

Dated this 6th day of August, 2007

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge