IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY; et al.,
    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 215) is GRANTED. The written Protective Order (docket no. 215-2) is APPROVED as amended in paragraphs 7 and 10 and made an Order of Court.

Date: March 10, 2008