IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY; et al.,
    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (docket no. 219) is GRANTED as follows:

- Deadline to complete all fact and expert discovery is extended to December 1, 2008;

- Deadline to file dispositive motions is extended to December 31, 2008;

- Deadline for Plaintiff to designate his experts is October 1, 2008;

- Deadline for Defendants to designate their experts is October 31, 2008;

- Deadline for rebuttal experts to be designated November 14, 2008;

- The settlement conference is still set for June 3, 2008, at 10:00 a.m.;

- The Rule 16 Scheduling Order is amended consistent with minute order.

Date: April 7, 2008