IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

LT. (FNU) MOLINA,
LT (FNU) FITSGERALD [SIC], Special Investigator, USP Florence,
DR. C. POLLAND, Supervisor USP Florence Medical,
MR. STACY ALLEN, EMT, USP Florence, and
MS. C.S. COLLINS, Physician's Assistant, USP Florence

    Defendants.

## ORDER GRANTING JOINT MOTION FOR CLARIFICATION OF THE COURT'S APRIL 7, 2008 MINUTE ORDER ( Docket No. 224 )

THIS MATTER comes before the Court on the parties' Joint Motion for Clarification of the Court's April 7, 2008 Minute Order. The Court, having considered the Motion and being fully advised in the matter, hereby ORDERS as follows:

The settlement conference scheduled for June 3, 2008 is hereby VACATED and reset for July 25, 2008 at 1:30 pm. Confidential settlement statements are due July 18, 2008.

The deadlines in the Scheduling Order are hereby amended according to the proposed amendments below.

| Deadlines | Original Scheduling Order | Proposed Amendment to Scheduling Order |
|---|---|---|
| Plaintiff to designate experts | October 30, 2008 | November 30, 2009 |

| Defendant to designate experts | November 28, 2008 | December 28, 2009 |
| Rebuttal experts | December 30, 2008 | January 30, 2009 |
| Close of expert discovery | February 13, 2009 | March 13, 2009 |

SO ORDERED this 16TH day of April, 2008.

_____
Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

90338\1\1146186.1