IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

LT. MOLINA,
LT. FITZGERALD,
DR. C. POLLAND,
MR. STACY ALLEN, and
MS. SANTOS-COLLINS,

    Defendants.

( Docket No. 229 )

**ORDER RE: UNOPPOSED MOTION TO VACATE JULY 25, 2008 SETTLEMENT CONFERENCE AND TO RE-SET THE SETTLEMENT CONFERENCE**

The Court, having considered Defendants' Unopposed Motion to Vacate and Re-Set the July 25, 2008 Settlement, and finding good cause therefore, hereby orders that the July 25, 2008 Settlement Conference is hereby vacated. And The Motion is Granted. The Settlement Conference is re-set for the following date (circle date): July ~~14, 16, 17, 18, 19, 21,~~ 22 ~~or 23 or August 6, 7, or 8, 2008~~ at the following time: 8:00 a.m./(p.m.)

Dated this 22th day of April, 2008.

/s/ Michael J. Watanabe
~~United States District Court Judge~~
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

1