IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

MICHAEL K. NALLEY; et al.,
    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint (Docket No. 240) is granted, and the tendered Third Amended Complaint (Docket No. 240-2) is accepted for filing as of the date of this Minute Order.

Date: September 24, 2008