IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00047-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

LT. (FNU) FITSGERALD, Special Investigator, USP Florence,
LT. (FNU) MOLINA, SHU Supervisor,
DR. C. POLLAND, Supervisor USP Florence Medical,
MR. STACY ALLEN, EMT, USP Florence, and
MS. C.S. COLLINS, Physician's Assistant, USP Florence,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Plaintiff's unopposed Motion to Dismiss With Prejudice (Motion) **(#244)** filed September 24, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 24th day of September, 2008.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge